UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARLIN D. TURNER,<br><br>　　　　　　　　Plaintiff<br>v.<br>WARDEN BEAN, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:24-cv-01169-GMN-DJA<br><br>ORDER |

      According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court, and mail to Plaintiff has been returned as undeliverable, noting that he's at a different facility.

      Nevada Local Rule of Practice IA 3-1 instructs that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney." LR IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* If Plaintiff wants to proceed with this action, he must file his updated address with the Court.

      It is therefore ordered that Plaintiff has until **August 12, 2024**, to file his updated address with the Court.

      It is further ordered that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

      The Clerk of the Court is directed to send Plaintiff courtesy copies of this order, the Advisory Letter (ECF No. 2), and Plaintiff's initiating documents (ECF Nos. 1, 1-1) by delivering the same to Southern Desert Correctional Center's law library.

      DATED THIS 12th day of July 2024.

UNITED STATES MAGISTRATE JUDGE